# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. BOYD,<br><br>    Petitioner,<br> vs.<br>JACK FOX, Warden,<br><br>    Respondent. | Case No. CV 15-04403-FMO (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that petitioner's request for leave to conduct discovery is denied and that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: July 13, 2016

                       /s/
                    FERNANDO M. OLGUIN
                    UNITED STATES DISTRICT JUDGE