JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. BOYD,<br><br>        Petitioner,<br>vs.<br><br>JACK FOX, Warden,<br><br>        Respondent. | Case No. CV 15-04403-FMO (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: July 13, 2016

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE